# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:24-cv-00830-DRL-SJF |
| City of South Bend, Indiana | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City of South Bend, Indiana.

Date: 11/07/2024

/s/ Tiernan B. Kane
*Attorney's signature*

Tiernan B. Kane (36452-71)
*Printed name and bar number*

SouthBank Legal
100 E. Wayne Street
Suite 300
South Bend, IN 46601
*Address*

tkane@southbank.legal
*E-mail address*

(574) 968-0760
*Telephone number*

(574) 968-0761
*FAX number*