UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERCIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:24-cv-00830-DRL-SJF |
| | ) | |
| CITY OF SOUTH BEND, INDIANA, | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION FOR INITIAL EXTENSION OF TIME TO FILE
RESPONSIVE PLEADINGS**

Pursuant to Federal Rule of Civil Procedure 6(b) and Northern District of Indiana Local Rule 6-1(a), Defendant City of South Bend, Indiana ("The City") respectfully moves the Court for an initial extension of time to respond to Plaintiff's Complaint, up to and including January 6, 2025. In support, The City states as follows:

1.  Plaintiff filed this lawsuit in the Northern District of Indiana on October 11, 2024, and The City's original deadline to answer or otherwise respond to Plaintiff's Complaint is November 7, 2024. (Doc. No. 5.)

2.  The City recently retained the undersigned attorneys to represent The City in this matter. Accordingly, The City requires an extension to provide sufficient time for counsel to become familiar with the allegations in this case.

3.  The City requests a sixty (60) day extension of time from its original answer due date, to and including January 6, 2025, to answer or otherwise respond to Plaintiff's Complaint.

4.    The City has not previously received or requested from this Court an extension of its deadline to answer or otherwise respond to Plaintiff's Complaint.

5.    This request is not made for the purpose of delay and will not prejudice either party.

6.    Counsel for Plaintiff has agreed to this extension.

WHEREFORE, pursuant to Northern District of Indiana Local Rule 6-1(a), The City respectfully requests that the Court of grant an initial extension of time to answer or otherwise respond to Plaintiff's Complaint, up to and including January 6, 2025.

Dated:  November 7, 2024						Respectfully submitted,

                                                      /s/ Erin Linder Hanig
Erin Linder Hanig (29113-71)
Paul Edgar Harold (25917-71)
Tiernan B. Kane (36452-71)
SouthBank Legal
100 E. Wayne Street, Suite 300
South Bend, Indiana 46601
Tel:  (574) 968-0760
Fax:  (574) 968-0761
ehanig@southbank.legal
pharold@southbank.legal
tkane@southbank.legal

*Attorneys for Defendant*
*City of South Bend, Indiana*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 7th day of November 2024, service of a true and complete copy of the attached and foregoing pleading was made upon all counsel of record through CM/ECF filing.

                                                      /s/ Erin Linder Hanig
Erin Linder Hanig