# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:24-cv-00830-DRL-SJF |
| City of South Bend, Indiana | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City of South Bend, Indiana.

Date: 1/03/2025

/s/John A. Conway
*Attorney's signature*

John A. Conway (27712-71)
*Printed name and bar number*

SouthBank Legal
100 E. Wayne Street
Suite 300
South Bend, IN 46601
*Address*

jconway@southbank.legal
*E-mail address*

(574) 968-0760
*Telephone number*

(574) 968-0761
*FAX number*