UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:24-cv-00830-DRL-SJF |
| | ) |
| CITY OF SOUTH BEND, INDIANA, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL**

The parties hereby stipulate to the dismissal with prejudice of the above-captioned case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Rule 41(a)(1)(A)(ii) provides that "the plaintiff may dismiss an action without a court order by filing . . . (ii) a stipulation of dismissal signed by all parties who have appeared." A stipulation of dismissal pursuant to Rule 41(a) is effective immediately upon filing and no Court order is required. *See Jenkins v. Village of Maywood*, 506 F.3d 622, 624 (7th Cir. 2007).

4#

Date:  February 26, 2025

Respectfully submitted,

By:

| | |
|---|---|
| CHAD MIZELLE<br>Acting Associate Attorney General | */s/ Erin Linder Hanig*<br>John A. Conway (27712-71)<br>Erin Linder Hanig (29113-71) |
| JASON MANION<br>Counselor to the<br>Associate Attorney General | Paul Edgar Harold (25917-71)<br>Tiernan B. Kane (36452-71)<br>SOUTHBANK LEGAL<br>100 E. Wayne Street, Suite 300 |
| ANDREW McCOY WARNER<br>Deputy Assistant Attorney General<br>Civil Rights Division | South Bend, IN 46601<br>Telephone: (574) 968-0760<br>Facsimile: (574) 968-0761<br>jconway@southbank.legal |
| MICHAEL E. GATES<br>Deputy Assistant Attorney General<br>Civil Rights Division | ehanig@southbank.legal<br>pharold@southbank.legal<br>tkane@southbank.legal |
| */s/ Karen D. Woodard*<br>KAREN D. WOODARD<br>Chief<br>U.S. Department of Justice<br>Civil Rights Division<br>Employment Litigation Section<br>150 M Street, NE<br>Washington, DC 20530<br>Phone: (202) 514-9878<br>karen.woodard@usdoj.gov | Counsel for Defendant<br>City of South Bend, Indiana |

Counsel for Plaintiff
United States of America

## CERTIFICATE OF SERVICE

On February 26, 2025, I filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which will send a notification of such filing to all counsel of record.

*/s/ Juliet E. Gray*
Juliet E. Gray
